# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 12-4509 (LHG) |
| v. | : | Hon. Lois H. Goodman |
| JOSE EDGARDO DELGADO-FEBRES<br>  a/k/a "Michael Martinez"<br>  a/k/a "Maycoll David Martinez Ruano"<br>  a/k/a "Maycoll David Martinez"<br>  a/k/a "Marco David Martinez" | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 12-4509, against defendant Jose Edgardo Delgado-Febres, which Complaint was filed on February 16, 2012, charging the defendant with flight to avoid prosecution under the laws of the State of New Jersey, in violation of Title 18, United States Code, Section 1073.

This dismissal is with prejudice.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

June 11, 2014
Date